■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY SPANN, Appellant. [36 NYS3d 917]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Lopresto, J.), imposed November 5, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Sanders*, 25 NY3d 337, 340-342 [2015]; *People v Brown*, 122 AD3d 133, 137-145 [2014]). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]). Eng, P.J., Rivera, Dickerson, Hinds-Radix and Maltese, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIOKO VINZANT, Appellant. [36 NYS3d 919]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Efman, J.), rendered June 18, 2015, convicting him of attempted assault in the second degree and harassment in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]).

The defendant's contention that the money judgments entered to secure his payment of the mandatory surcharge and fees imposed at sentencing were unduly burdensome is not encompassed by his waiver of the right to appeal (*see generally People v Maracle*, 19 NY3d 925, 928 [2012]; *People v Sheats*, 138 AD3d 894 [2016]). However, this contention is unpreserved for appellate review (*see People v Ruz*, 70 NY2d 942, 943 [1988]; *People v Norelius*, 140 AD3d 799 [2016]), and, in any event, without merit (*see* CPL 420.35 [2]; *People v Norelius*, 140 AD3d 799, 799 [2016]; *People v Bones*, 52 AD3d 522, 523 [2008]). Eng, P.J., Austin, Roman, Maltese and Duffy, JJ., concur.